JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER SMITH,<br>Petitioner,<br>v.<br>WARDEN LEPE,<br>Respondent. | No. 2:26-cv-05142-FMO-DSR<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS THEREFORE ORDERED AND ADJUDGED that this case is DISMISSED, without prejudice, for failure to prosecute and failure to comply with Court orders, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: November 13, 2026 ____________________/s/______________________

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE